**OFFICIAL LOCAL FORM 3**

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS**

**CHAPTER 13 PLAN COVER SHEET**

| | | | |
|---|---|---|---|
| Filing Date: | 5/15/15 | Docket #: | 15-11961 |
| Debtor: | Paul Parizek | Co-Debtor: | |
| SS#: | xxx-xx-3465 | SS#: | |
| Address: | 38 Grayson Street<br>Newton Lower Falls, MA 02462 | Address: | |

| | |
|---|---|
| Debtor's Counsel: | Geraldine Kluska 554953 |
| Address: | 230 O'BRIEN HWY.<br>Cambridge, MA 02141 |
| Telephone #: | 617-876-8762 |
| Facsimile #: | 617-864-2907 |

**ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.**

**YOU WILL RECEIVE OR HAVE RECEIVED A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS' MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.**

**PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER THE SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.**

# OFFICIAL LOCAL FORM 3

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

## PRE-CONFIRMATION CHAPTER 13 PLAN

CHAPTER 13 PLAN - AMENDED

Docket No.: **15-11961**

DEBTOR(S):   (H)  **Paul Parizek**           SS#  **xxx-xx-3465**

(W)                                                SS#

## I. PLAN PAYMENT AND TERM:

Debtor's shall pay monthly to the Trustee the sum of $ **7,689.00** for the term of:

☐ 36 Months.  11 U.S.C. § 1325(b)(4)(A)(i);

■ 60 Months.  11 U.S.C. § 1325(b)(4)(A)(ii);

☐ 60 Months.  11 U.S.C. § 1322(d)(2).  Debtor avers the following cause:

_____;or

☐ ____ Months.  The Debtor states as reasons therefore:

_____

## II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| BayState Savings Bank | Pre-petition arrears | $ 51,603.18 |
| City of Worcester | real estate tax-69 and 69.5 Woodland St. | $ 7,007.41 |
| Nationstar Mortgage | Pre-petition arrears | $ 1,051.48 |
| US Bank Nat Assn, Trustee for | First Mortgage | $ 112,432.20 |
| Wells Fargo Home Mortgage | First Mortgage | $ 95,993.40 |
| Wells Fargo Home Mortgage | First Mortgage | $ 101,465.28 |
| Atlantis Ventures, LLC | Tax Title | $ 5,024.38 |
| City of Newton Treasury | water and sewer lien | $ 1,230.21 |
| City of Worcester | water and sewer lien | $ 4,832.61 |
| City of Worcester | water and sewer lien | $ 5,419.27 |

Total of secured claims to be paid through the Plan  $ **386,059.42**

B. Claims to be paid directly by debtor to creditors (Not through Plan):

Creditor                                                                       Description of Claim

| Creditor | Description of Claim |
|---|---|
| **BayState Savings Bank** | **First Mortgage** |
| **Nationstar Mortgage** | **First Mortgage** |
| **Nationstar Mortgage** | **First Mortgage** |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **US Bank Nat Assn, Trustee for** | **See attached Schedule A.** | **112,432.20** |
| **Wells Fargo Home Mortgage** | **See attached Schedule A.** | **95,993.40** |
| **Wells Fargo Home Mortgage** | **See attached Schedule A.** | **101,465.28** |

D. Leases:

    i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of
       **-NONE-**
       ; or

    ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of
       **-NONE-**
       .

    iii. The arrears under the lease to be paid under the plan are **0.00**.

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Internal Revenue Service** | **federal incomes taxes-claims filed in both ch. 7 and ch. 13 cases** | $ **1,990.91** |

Total of Priority Claims to Be Paid Through the Plan  $ **1,990.91**

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys fees (to be paid through the plan): $ **0.00**

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General.  The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of **7** % of their claims.

A. General unsecured claims: $ **7,469.61**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **US Bank Nat Assn, Trustee for** | **First Mortgage** | $ 141,702.27 |
| **Wells Fargo Home Mortgage** | **First Mortgage** | $ 101,517.04 |
| **Wells Fargo Home Mortgage** | **First Mortgage** | $ 130,388.00 |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

Total of Unsecured Claims (A + B + C):  $ **381,076.92**

D. Multiply total by percentage: $ **26,675.38**
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | Amount of claim |
|---|---|---|
| **-NONE-** | | $ |

Total amount of separately classified claims payable at ____%   $ **0.00**

## VI. OTHER PROVISIONS

    A. Liquidation of assets to be used to fund plan:

    B. Miscellaneous provisions:
**Special Intentions:**
**Citizens Bank: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**
**Deutsche Bank National Trust Co.: Debtor is surrendering the Property to Creditor in full satisfaction of the secured claim. Creditor shall be allowed an unsecured claim for the deficiency balance owed.**
**Debtor will surrender 38 Grayson Lane, Newton, MA to Citizens Bank, 2nd mortgagee, subject to 1st mortgage of Deutsche Bank. If and when chapter 7 trustee abandons title insurance claim for unmarketability of title, Debtor will pursue said claim. Debtor has incurred several hundred thousand dollars in damages due to fraud committed by builders (whereabouts unknown) and negligence by original 1st mortgagee, mortgage broker, title insurance company, closing attorney and possibly City of Newton (builder's wife was employed by City of Newton). Debtor cannot pursue claim unless he owns home. On June 16, 2015, Debtor filed a Motion to Compel Abandonment of title insurance claim in chapter 7 case.**

**VII. CALCULATION OF PLAN PAYMENT**

| | | |
|---|---|---:|
| A) | Secured claims (Section I-A Total): | $ 386,059.42 |
| B) | Priority claims (Section II-A&B Total): | $ 1,990.91 |
| C) | Administrative claims (Section III-A&B Total): | $ 0.00 |
| D) | Regular unsecured claims (Section IV-D Total):+ | $ 26,675.38 |
| E) | Separately classified unsecured claims: | $ 0.00 |
| F) | Total of a + b + c + d + e above: | =$ 414,725.71 |
| G) | Divide (f) by .90 for total including Trustee's fee: Cost of Plan= | $ 461,302.80 |

(This represents the total amount to be paid into the Chapter 13 plan)

H. Divide (G), Cost of Plan, by Term of Plan,    **60** months
I. Round up to nearest dollar for Monthly Plan Payment:    $ **7,689.00**

(Enter this amount on page 1)

Pursuant to 11 U.S.C. § 1326(a) (1), unless the Court orders otherwise, a debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

**VIII. LIQUIDATION ANALYSIS**

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---:|---:|
| two multi family buildings--69 Woodland Street (5 family) and 69 1/2 Woodland Street (3 family), Worcester, MA 01610--Debtor uses 69 Woodland St., Apt. 1L as office and 2nd residence; Debtor has received ch. 7 discharge of Notes | $ 208,896.00 | $ 233,119.35 |
| 3 family house located at 9 Fairbanks Street, Worcester, MA; Debtor has received ch. 7 discharge of Note | $ 89,612.00 | $ 191,129.04 |
| 3 family located at 9.5 Fairbanks Street, Worcester, MA; Debtor has received ch. 7 discharge of Note | $ 89,612.00 | $ 220,000.00 |
| 3 family house located at 86 Hougton Street, Worcester, MA; Debtor has received ch. 7 discharge of Note | $ 104,717.00 | $ 246,419.27 |
| 3 family house located at 6-6.5 Albert Street, Worcester, MA; Debtor has received ch. 7 discharge of Note | $ 102,032.00 | $ 51,261.00 |
| 5 family house located at 1504 Main Street, Worcester, MA; Debtor has received ch. 7 discharge of Note | $ 119,421.00 | $ 107,402.16 |
| single family house at 38 Grayson Lane, Newton, MA; unmarketable title and outstanding conservation issues (caused by builders' fraud) caused sale of property in ch. 11 to fall through; Debtor has received ch. 7 discharge of both Notes | $ 0.00 | $ 0.00 |

Total Net Equity for Real Property:    $ 62,789.84
Less Exemptions (Schedule C):    $ 12,725.00
Available Chapter 7:    $ 50,064.84

Case 15-11961    Doc 45    Filed 06/17/15    Entered 06/17/15 05:34:12    Desc Main

B. Automobile (Describe year, make and model):

| | | | | | | |
|---|---|---|---|---|---|---|
| **2001 Buick LeSabre-80% used for business** | Value $ | **1,500.00** | Lien $ | **0.00** | Exemption $ | **1,500.00** |
| **1996 Harley motorcycle** | Value $ | **3,000.00** | Lien $ | **0.00** | Exemption $ | **3,000.00** |

Total Net Equity:                     $ **4,500.00**
Less Exemptions (Schedule C):         $ **4,500.00**
Available Chapter 7:                  $ **0.00**

C. All other Assets (All remaining items on Schedule B):   (Itemize as necessary)

**TD BankNorth checking account**
**household goods and furnishings**
**used wearing apparel**
**potential legal malpractice claim against professional in ch. 11 case; Debtor filed motion to compel abandonment in ch. 7 case on June 16, 2015**
**potential legal malpractice claim and/or breach of fiduciary duty claim against professional in ch. 11 and ch. 7 cases.**
**title insurance claim against Fidelity National Title Insurance Co. for unmarketability of title re: 38 Grayson Lane, Newton, MA; Debtor filed motion to compel abandonment in ch. 7 case on June 16, 2015**

Total Net Value:                      $ **1,650.00**
Less Exemptions (Schedule C):         $ **1,600.00**
Available Chapter 7:                  $ **50.00**

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:   $       **44,229.56**

E. Additional Comments regarding Liquidation Analysis:
   **After payment of chapter 7 administrative expenses, commissions, etc., only $28,289.82 would be available to unsecured creditors.**

## IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

**/s/ Geraldine Kluska**                              **June 17, 2015**
**Geraldine Kluska 554953**                           Date
Debtor's Attorney
Attorney's Address:  **230 O'BRIEN HWY.**
                     **Cambridge, MA 02141**
         Tel. #:     **617-876-8762 Fax:617-864-2907**
         Email Address:  **gkluskalaw@gmail.com**

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

Date  **June 17, 2015**                 Signature  **/s/ Paul Parizek**
                                                   **Paul Parizek**
                                                   Debtor

In re **Paul Parizek**  Case No. **15-11961**

Debtor(s)

# CHAPTER 13 PLAN
### Attachment A

**II. C.  MODIFICATION OF SECURED CLAIMS**

**1. 86 Houghton Street, Worcester, MA:**

**The Debtor will file a Motion for Determination of Value and to Declare the First Mortgage Under-secured as it Pertains to the Property Located at 86 Houghton Street, Worcester, MA.  The Debtor asserts that the fair market value of the real property is approximately $104,717.00.  (The Debtor will append an Appraisal or Broker's Opinion of Value to the Motion.) The secured claim as determined by the Court will be paid at 5.00% interest over 60 months. The Plan provides for a fixed monthly payment of principal and interest in the amount of $1,976.14 subject to amendment once the Court determines the amount of the secured claim.  After the Debtor completes payments under the Plan, US Bank National Association, Trustee for CSFB Mortgage Backed Pass-Through Certificates, Series 2005-9 or its assigns will record a Satisfaction of Mortgage with the Worcester Registry of Deeds.**

**2. 9 Fairbanks Street, Worcester, MA:**

**The Debtor will file a Motion for Determination of Value and to Declare the First Mortgage Under-secured as it Pertains to the Property Located at 9 Fairbanks Street, Worcester, MA.  The Debtor asserts that the fair market value of the real property is approximately $89,612.00.  (The Debtor will append an Appraisal or Broker's Opinion of Value to the Motion.)  The secured claim as determined by the Court will be paid at 5.00% interest over 60 months.  The Plan provides for a fixed monthly payment of principal and interest in the amount of $1,691.09 subject to amendment once the Court determines the amount of the secured claim.  After the Debtor completes payments under the Plan, Wells Fargo Home Mortgage d/b/a America's Servicing Company or its assigns will record a Satisfaction of Mortgage with the Worcester Registry of Deeds.**

**3. 9 1/2 Fairbanks Street, Worcester, MA:**

**The Debtor will file a Motion for Determination of Value and to Declare the First Mortgage Under-secured as it Pertains to the Property Located at 9 1/2 Fairbanks Street, Worcester, MA.  The Debtor asserts that the fair market value of the real property is approximately $89,612.00.  (The Debtor will append an Appraisal or Broker's Opinion of Value to the Motion.)  The secured claim will be paid at 5.00% interest over 60 months.  The Plan provides for a fixed monthly payment of principal and interest in the amount of $1,691.09 subject to amendment once the Court determines the amount of the secured claim.  After the Debtor completes payments under the Plan, Wells Fargo Home Mortgage d/b/a America's Servicing Company or its assigns will record a Satisfaction of Mortgage with the Worcester Registry of Deeds.**

**United States Bankruptcy Court**
**District of Massachusetts**

In re  **Paul Parizek**                                                Case No.  **15-11961**
                              Debtor(s)                                Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on 6/17/2015, a copy of  **AMENDED CHAPTER 13 PLAN**  was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**America's Servicing Company**
**c/o Richard T. Mulligan**
**HARMON LAW OFFICES**
**POB 610389**
**Newton Highlands, MA 02461-0345**

**America's Servicing Company**
**c/o Richard T. Mulligan**
**HARMON LAW OFFICES**
**POB 610389**
**Newton Highlands, MA 02461-0345**

**America's Servicing Company**
**c/o Richard T. Mulligan**
**HARMON LAW OFFICES**
**POB 610389**
**Newton Highlands, MA 02461-0345**

**America's Servicing Company, Servicer**
**US Bank National Assn, as Trustee**
**POB 10328**
**Des Moines, IA 50306**

**Atlantis Ventures, LLC**
**16 Broad Street**
**Belmont, MA 02478**

**BayState Savings Bank**
**28 Franklin Street**
**Worcester, MA 01608**

**BayState Savings Bank**
**c/o Russell S. Chernin, Attorney**
**390 Main Street**
**Worcester, MA 01608**

**Citizens Bank**
**480 Jefferson Blvd.**
**RJE 135**
**Warwick, RI 02886**

**City of Newton**
**PO Box 9137**
**Newton, MA 02460**

**City of Worcester**
**PO Box 203**
**Milford, MA 01757**

**City of Worcester**
**Water Billing Division**
**18 E. Worcester Street**
**Worcester, MA 01604**

**City of Worcester**
**Water Billing Division**
**18 E. Worcester Street**
**Worcester, MA 01604**

**City of Worcester**

**Office of the Tax Collector**
**City Hall, Room 203**
**Worcester, MA 01608**

**Deutsche Bank National Trust Co.**
**c/o Peter V. Guaetta, Attorney**
**POB 519**
**Chelmsford, MA 01824**

**Eversource Gas**
**P.O. Box 660369**
**Dallas, TX 75266**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Mass. Dept. of Revenue**
**Bankruptcy Unit**
**POB 9564**
**Boston, MA 02114-9564**

**Mass. Dept. of Revenue**
**Bankruptcy Unit**
**POB 9564**
**Boston, MA 02114-9564**

**National Grid**
**POB 960**
**Northborough, MA 01532**

**National Grid**
**POB 960**
**Northborough, MA 01532**

**National Grid**
**POB 960**
**Northborough, MA 01532**

**National Grid**
**POB 960**
**Northborough, MA 01532**

**National Grid**
**POB 960**
**Northborough, MA 01532**

**National Grid**
**POB 960**
**Northborough, MA 01532**

**National Grid**
**POB 960**
**Northborough, MA 01532**

**Nationstar Mortgage**
**POB 610906**
**Dallas, TX 75261**

**Nationstar Mortgage**
**350 Highland Drive**
**Lewisville, TX 75067**

**NSTAR Gas**
**POB 660369**
**Dallas, TX 75266**

**Propel Financial 1, LLC**
**7990 IH-10 West**
**Suite 200**
**San Antonio, TX 78230**

**US Bank Nat Assn, Trustee for**
**CSFB Mortgage Backed Pass-Through Certs**
**Series 2005-9**
**60 Livingston Avenue**
**Saint Paul, MN 55107**

**Wells Fargo Home Mortgage**
**dba America's Servicing Co.**
**POB 10335**
**Des Moines, IA 50306**

**Wells Fargo Home Mortgage**
**dba America's Servicing Co.**
**POB 10335**
**Des Moines, IA 50306**

/s/ Geraldine Kluska
**Geraldine Kluska 554953**
**LAW OFFICES OF GERALDINE KLUSKA**
**230 O'BRIEN HWY.**
**Cambridge, MA 02141**
**617-876-8762Fax:617-864-2907**
**gkluskalaw@gmail.com**